MARY P. McCURDY (SBN 116812)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone:  (650) 618-3500
Facsimile:  (650) 618-3599
E-mail:  mary.mccurdy@mccurdylawyers.com

Attorneys for Defendants
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE
COMPANY n/k/a CHARTIS SPECIALTY INSURANCE COMPANY and
LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCMILLIN CONSTRUCTION SERVICES, L.P., a California Limited Partnership; MCMILLIN MANAGEMENT SERVICES, L.P., a California Limited Partnership; and CORKY MCMILLIN CONSTRUCTION SERVICES, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY; ILLINOIS UNION INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; ST. PAUL MERCURY INSURANCE COMPANY; and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO.  **'10 CV2592 DMS BLM**<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441**<br>**(Diversity Jurisdiction 28 U.S.C. § 1332)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendants American International Specialty Lines Insurance Company n/k/a Chartis Specialty Insurance Company ("Chartis Specialty") and Lexington Insurance Company ("Lexington") hereby remove to this Court the State action described below:

1.   On November 17, 2010, an action was commenced in the Superior Court of the

41155
- 1 -
**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441**

1  State of California, County of San Diego, entitled *McMillin Construction Services, L.P., et al. v.*
2  *Arch Specialty Insurance Company, et al.*, Case No. 37-2010-00104320-CU-IC-CTL ("State Court
3  Action").

4      2.    The earliest date upon which any defendant could have been served with the
5  summons and complaint is November 17, 2010 when the summons was issued by the Superior
6  Court of the State of California, County of San Diego. Chartis Specialty was served on November
7  24, 2010. On or about December 7, 2010, plaintiffs sent Lexington a notice of acknowledgment of
8  receipt. On December 16, 2010, Lexington executed the notice of acknowledgment of receipt. All
9  process, pleadings, and orders served on Chartis Specialty and Lexington are attached hereto as
10 Exhibit "A." Accordingly, the notice of removal is timely.

11     3.    This action is a civil action of which this Court has original jurisdiction under 28
12 U.S.C. § 1332, and is one that may be removed to this Court by Chartis Specialty and Lexington
13 pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action, wherein the matter in
14 controversy exceeds the sum of $75,000 exclusive of interest and costs, and is between citizens of
15 different states.

16     4.    Chartis Specialty and Lexington are informed and believe that at the time the State
17 Court Action was filed and at the time of the filing of this notice of removal, plaintiff McMillin
18 Construction Services, L.P. was and is a California limited partnership, with all of its partners
19 being citizens of the State of California.

20     5.    Chartis Specialty and Lexington are informed and believe that at the time the State
21 Court Action was filed and at the time of the filing of this notice of removal, plaintiff McMillin
22 Management Services, L.P. was and is a California limited partnership, with all of its partners
23 being citizens of the State of California.

24     6.    Chartis Specialty and Lexington are informed and believe that at the time the State
25 Court Action was filed and at the time of the filing of this notice of removal, plaintiff Corky
26 McMillin Construction Services, Inc. was and is a corporation incorporated under the laws of the
27 State of California, with its principal place of business in the State of California.
28     7.    At the time the State Court Action was filed and at the time of the filing of this

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

1   notice of removal, Chartis Specialty was and is a corporation organized under the laws of the State

2   of Illinois, with it is principal place of business in the State of New York.

3       8.    At the time the State Court Action was filed and at the time of the filing of this

4   notice of removal, Lexington was and is a corporation under the laws of the State of Delaware,

5   with its principal place of business in the Commonwealth of Massachusetts.

6       9.    Chartis Specialty and Lexington are informed and believe that at the time the State

7   Court Action was filed and at the time of the filing of this notice of removal, defendant Arch

8   Specialty Insurance Company was and is a corporation organized under the laws of the State of

9   Missouri, with its principal place of business in the State of New Jersey.

10       10.    Chartis Specialty and Lexington are informed and believe that at the time the State

11   Court Action was filed and at the time of the filing of this notice of removal, defendant American

12   Safety Insurance Company was and is a corporation organized under the laws of the State of

13   Delaware, with its principal place of business in the State of Georgia.

14       11.    Chartis Specialty and Lexington are informed and believe that at the time the State

15   Court Action was filed and at the time of the filing of this notice of removal, defendant Illinois

16   Union Insurance Company was and is a corporation organized under the laws of the State of

17   Illinois, with its principal place of business in the State of Illinois.

18       12.    Chartis Specialty and Lexington are informed and believe that at the time the State

19   Court Action was filed and at the time of the filing of this notice of removal, defendant St. Paul

20   Mercury Insurance Company was and is a corporation organized under the laws of the State of

21   Minnesota, with its principal place of business in the State of Minnesota.

22       13.    The citizenship of defendants sued under fictitious names is disregarded upon

23   removal. 28 U.S.C. § 1441(a).

24       14.    None of the defendants is a citizen of the State of California.

25       15.    The amount in controversy in the State Court Action exceeds $75,000, exclusive of

26   interest and costs, because plaintiffs' claims in the State Court Action concern insurance coverage

27   with respect to the underlying construction defect action entitled *Aquino, et al. v. McMillin Sienna*

28   *II, LLC, et al.*, San Diego Superior Court Case No. 37-2009-00082562-CU-CD-CTL

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

41155

- 3 -

**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441**

1  ("Construction Defect Action").  A true and correct copy of the first amended complaint in the
2  Construction Defect Action is attached hereto as Exhibit "B."   The Construction Defect Action
3  seeks compensatory damages "in excess of $1,000,000" and "investigative expenses including, but
4  not limited to, architectural and engineering investigation, in excess of $1,500,000."  See Exhibit
5  B, p. 16:5-10.  Plaintiffs seek declaratory relief regarding defense and indemnity for the
6  Construction Defect Action.  Plaintiffs also allege breach of contract and breach of the covenant of
7  good faith and fair dealing.  Plaintiffs seek compensatory damages, exemplary damages, attorneys'
8  fees and costs, as well as expert and investigation costs.  Accordingly, the amount in controversy
9  exceeds $75,000.

10         16.     Plaintiffs have named four other insurance companies as defendants in the State
11  Court Action, with no information as to who represents or is the representative of these defendants
12  in the State Court Action.

13         17.     At the time of the filing of this notice of removal, Chartis Specialty and Lexington
14  are not aware of the attorneys, agents or representative of the respective defendant insurers with
15  regard to the State Court Action.

16         WHEREFORE, Chartis Specialty and Lexington request that the above-entitled action be
17  removed from the Superior Court of the State of California, County of San Diego.

Dated:  December 16, 2010                    McCURDY & FULLER LLP


   _/Mary P. McCurdy/_____
   MARY P. McCURDY
   Attorneys for Defendants
   AMERICAN INTERNATIONAL
   SPECIALTY LINES INSURANCE
   COMPANY n/k/a CHARTIS SPECIALTY
   INSURANCE COMPANY and
   LEXINGTON INSURANCE COMPANY

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

41155

- 4 -

**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441**

≈JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
McMillin Const. Svcs., L.P.; McMillin Mgmt. Svcs., L.P., & Corky McMillin Const. Srvs., Inc.

**DEFENDANTS**
Arch Spec. Ins. Co.; American Intl. Spec Lines Ins. Co.; Illinois Union Ins. Co.; Lexington Ins. Co. & St. Paul Mercury Ins. Co.

(b) County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Law Offices of Greg J. Ryan, APLC
1010 Second Avenue, Ste. 2500, San Diego CA  92101

Attorneys (If Known)   **'10 CV 2592 DMS BLM**
Mary McCurdy, McCurdy & Fuller LLP, 4300 Bohannon Dr., Ste. 240, Menlo Park, CA 94025 Atty for AISLIC & Lexington

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  |  |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
|  |  | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 690 Other |  | ☐ 810 Selective Service |
|  |  |  | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) |  |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | **Habeas Corpus:** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  | ☐ 530 General |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |
|  | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  |
|  |  | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights |  |  |  |

**V. ORIGIN** (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. sections 1332 and 1441.
Brief description of cause:
Declaratory relief and breach of contract.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ In excess of $75,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  12/16/10
SIGNATURE OF ATTORNEY OF RECORD  /s/ Mary P. McCurdy

**FOR OFFICE USE ONLY**
RECEIPT #      AMOUNT      APPLYING IFP      JUDGE      MAG. JUDGE