GREGORY J. NEWMAN (SBN 169057)
E-mail: gnewman@selmanbreitman.com
CHITAL P. SELVAKUMAR (SBN 239461)
E-mail: cpatel@selmanbreitman.com
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA  90025
Telephone:      (310) 445-0800
Facsimile:       (310) 473-2525

Attorneys for Defendant
ARCH SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCMILLIN CONSTRUCTION SERVICES, L.P., a California Limited Partnership; MCMILLIN MANAGEMENT SERVICES, L.P., a California Limited Partnership; and CORKY MCMILLIN CONSTRUCTION SERVICES, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY; AMERICAN SAFETY INSURANCE COMPANY; ILLINOIS UNION INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; ST. PAUL MERCURY INSURANCE COMPANY; and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO. 10CV2592DMS MDD<br><br>**STIPULATION AND ORDER TO DISMISS CERTAIN CLAIMS AGAINST DEFENDANT ARCH SPECIALTY INSURANCE COMPANY** |

Plaintiffs McMillin Construction Services, L.P., McMillin Management Services, L.P., Corky McMillin Construction Services, Inc. (collectively "Plaintiffs") and defendant Arch Specialty Insurance Company ("Arch") hereby stipulate to dismiss Plaintiffs' claims under policy number 72RGP1408900 (7/15/03 – 7/15/04) pursuant to Federal Rules of Civil Procedure, Rules 41(a)(2) and 15(a). The policy has a $50,000 each occurrence self-insured retention that has not

1
**STIPULATION AND ORDER TO DISMISS CERTAIN CLAIMS AGAINST DEFENDANT ARCH SPECIALTY INSURANCE COMPANY**

been satisfied and must be satisfied by the named insured before Arch has a duty to defend any insured.

Dated: April 10, 2012                           SELMAN BREITMAN LLP


                                                /s/ Gregory Newman
                                                GREGORY NEWMAN
                                                Attorneys for Defendant
                                                ARCH SPECIALTY INSURANCE
                                                COMPANY

Dated: April 10, 2012                           LAW OFFICE OF GREG RYAN


                                                /s/ Greg Ryan
                                                GREG RYAN
                                                Attorneys for Plaintiffs
                                                MCMILLIN CONSTRUCTION SERVICES,
                                                L.P., MCMILLIN MANAGEMENT
                                                SERVICES, L.P., and CORKY MCMILLIN
                                                CONSTRUCTION SERVICES, INC.


        IT IS SO ORDERED.



DATED:_____                           _____
                                                HON. DANA M. SABRAW
                                                UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO DISMISS CERTAIN CLAIMS AGAINST DEFENDANT ARCH SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

*McMillin Construction Services, L.P., et al. v. Arch Specialty Insurance Co., et al.*
Case No. 10 CV 2592 DMS MDD

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 11766 Wilshire Boulevard, Sixth Floor, Los Angeles, CA 90025. On April 10, 2012, I served the following document(s) described as STIPULATION AND ORDER TO DISMISS CERTAIN CLAIMS AGAINST DEFENDANT ARCH SPECIALTY INSURANCE COMPANY on the interested parties in this action as follows:

☒ **BY ELECTRONIC FILING AND SERVICE with the Clerk of the Court using the CM/ECF System**: in accordance with the F.R.C.P.5(b)(2)(D) and the above Court's Local Rules, I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

| | |
|---|---|
| Greg J. Ryan, Esq.<br>LAW OFFICES OF GREG J. RYAN, APLC<br>1010 Second Avenue, Suite 2500<br>San Diego, CA 92101 | Attorneys For Plaintiffs, MCMILLIN CONSTRUCTION SERVICES, L.P.; MCMILLIN MANAGEMENT SERVICES, L.P.; CORKY MCMILLIN CONSTRUCTION SERVICES, INC.<br><br>Tel:   (619) 239-4848<br>Fax:  (619) 239-8858<br>Email: greg@gjryan.com |
| David S. Blau, Esq.<br>James Whitemyer, Esq.<br>BLAU & ASSOCIATES, P.C.<br>6080 Center Drive, Suite 550<br>Los Angeles, CA 90045 | Attorneys For Defendant, AMERICAN SAFETY INDEMNITY COMPANY<br><br>Tel:   (310) 410-1900<br>Fax:  (310) 410-1901<br>Email: James@blaulaw.net |
| Ramiro Morales, Esq.<br>Laura Jane Coles, Esq.<br>MORALES FIERRO & REEVES<br>2300 Contra Costa Blvd., Suite 310<br>Pleasant Hills, CA 94523 | Attorneys For Defendants, ST. PAUL MERCURY INSURANCE COMPANY and ILLINOIS UNION INSURANCE COMPANY<br><br>Tel:   (925) 288-1776<br>Fax:  (925) 288-1856<br>Email: rmorales@mfrlegal.com<br>             lcoles@mfrlegal.com |

| | |
|---|---|
| Mary P. McCurdy, Esq.<br>Maryam Gilak, Esq.<br>MCCURDY & FULLER LLP<br>4300 Bohannon Drive, Suite 240<br>Menlo Park, CA  94025 | Attorneys For Defendants, AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY and LEXINGTON INSURANCE COMPANY<br><br>Tel:   (650) 618-3500<br>Fax:  (650) 618-3599<br>Email:<br>mary.mccurdy@mccurdylawyers.com<br>maryam.gilak@mccurdylawyers.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 10, 2012, at Los Angeles, California.

_____
JOYCE PATTERSON